**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE BRITTON YATES, | No. C 13-4781 SI (pr) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| EDMOND G. BROWN; et al., | |
| Defendants. | |

Plaintiff, an inmate at the Deuel Vocational Institute in Tracy, California, filed this civil rights action under 42 U.S.C. § 1983, complaining that the Department of Motor Vehicles in Tracy will not accept his certificates of completion from alcohol and substance abuse classes taken in prison as evidence of satisfactory completion of the sDMV's requirement that he complete a certified 18-month drinking driver program. The City of Tracy is in San Joaquin County, California. The events and omissions giving rise to the complaint occurred within the Eastern District of California and some or all of the defendants apparently reside in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Eastern District and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: February 3, 2014                    _____
                                           SUSAN ILLSTON
                                           United States District Judge